THE PETREL GUANO COMPANY, Appellant, *v.* THE PROVIDENCE—WASHINGTON INSURANCE COMPANY, Respondent.

(Argued December 22, 1887; decided January 17, 1888.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made June 20, 1885, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial.

*Abram Wakeman* for appellant.

*Edward D. McCarthy* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

In the Matter of the Application of the NEW YORK CITY AND NORTHERN RAILROAD COMPANY to Acquire Title to Certain Lands, etc.

(Argued January 17, 1888; decided January 24, 1888.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made May 9, 1887, which affirmed an order of Special Term fixing the fees of the commissioners appointed herein.

*George Bliss* for appellant.

*Fordham Morris* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.